THE PEOPLE ex rel. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant, *v.* ALFRED C. CHAPIN, as Comptroller, etc., Respondent.

(Argued March 15, 1887 ; decided March 25, 1887.)

*Frank E. Smith* for appellant.

*Denis O'Brien, Attorney-General,* for respondent.

Agree to affirm on authority of *People ex rel. Wright* v. *Chapin* (104 N. Y. 369.)
All concur.
Order affirmed.

---

In the Matter of the Estate of SUSAN A. PLACE, deceased.

(Submitted March 15, 1887 ; decided March 25, 1887.)

*Charles F. Wells* for appellant.

*Thomas Parish Sherman* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

PEOPLE ex rel. JOSE M. FERRER, as Ancillary Executor, Respondent, *v.* MICHAEL COLEMAN et al., Commissioners of Taxes and Assessments, Appellants.

(Argued March 15, 1887; decided March 25, 1887.)

*D. J. Dean* for appellants.

*A. B. Cruikshank* for respondent.

Agreed to affirm ; no opinion.
All concur.
Order affirmed.